BEVERLY ENTERPRISES, Plaintiff,

v.

John SHIPMAN and Esther Shipman, Appellants,

v.

Paradigm Health Corporation, Respondent.

No. WD 67536.

Missouri Court of Appeals, Western District.

June 19, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Application for Transfer Denied Sept. 25, 2007.

Christopher Sweeny, Kansas City, for Appellant.

Matthew John Stretz, Kansas City, and Charles Philbrick, Chicago, IL, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and JAMES M. SMART, Jr., Judge.

## ORDER

John and Esther Shipman appeal from the circuit court's decree dismissing their third-party claim against Paradigm Health Corporation. We affirm. Rule 84.16(b).